# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00566-CV

**David Fernea, Appellant**

**v.**

**Merrill Lynch Pierce Fenner & Smith, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-09-002195, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties' third joint motion to abate this cause is granted, and the appeal is abated until March 1, 2013. The parties shall submit either a motion to reinstate or a joint status report concerning the status of settlement negotiations no later than March 1, 2013.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed: November 15, 2012